UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER JACKSON | CIVIL ACTION |
| VERSUS | NO. 08-4292 |
| GARY DUNCAN, IN PERSONAM<br>AND THE M/V TEXAS LADY,<br>her engine, tackle, etc., IN REM | SECTION "N" (1) |

# **ORDER AND REASONS**

On January 11, 2010, this Court ordered Plaintiff, Peter Jackson, and Attorney Kevin Steel to show cause, in writing, on or before Wednesday, January 20, 2010, why they should be not required to pay all or part of the attorney's fees, costs, and expenses incurred by Defendants in defending this action. *See* Rec. Doc. 35. On February 25, 2010, having received response to the January 11, 2010 Order, the Court instructed defense counsel to submit a written report of the reasonable fees and costs (including contemporaneous time attorney time records and itemizations of cost) incurred by Defendant in defending this action. *See* Rec. Doc. 35. Having reviewed Defendants' "Motion for Attorney Fees Expenses and Interest" (Rec. Doc. 37), including the time records attached thereto, **IT IS ORDERED** that the motion is **GRANTED**. **IT IS FURTHER ORDERED** that, on or before Wednesday, October 20, 2010, that Plaintiff, Peter Jackson, and Attorney Kevin Steel, jointly and severally, shall pay a total $5,524.39 in attorney's fees and costs to Defendants, Gary Duncan, and the M/V Texas Lady, *in rem*.

Unless otherwise instructed by counsel for Defendants, on behalf of his clients, half of the total sum shall be made payable to Gary Duncan and half shall be made payable to the M/V Texas Lady.

New Orleans, Louisiana, this 20th day of August 2010.

                                              **KURT D. ENGELHARDT**
                                              **United States District Judge**